

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-23-00561-CV

**IN RE** Sheri L. **KASPER**

Original Proceeding[1]

PER CURIAM

Sitting:       Rebeca C. Martinez, Chief Justice
                Luz Elena D. Chapa, Justice
                Liza A. Rodriguez, Justice

Delivered and Filed: June 28, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On June 2, 2023, relator filed a petition for writ of mandamus. Relator also filed a motion to stay a discovery order in the underlying proceeding pending final resolution of the petition for writ of mandamus. After considering the petition and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's motion to stay is denied as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 22-07-0490-CVA, styled *Ida Castillo and Kasie Castillo v. Sheri L. Kasper*, pending in the 81st Judicial District Court, Atascosa County, Texas, the Honorable Russell Wilson presiding.